**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  ED CV 16-557-RSWL (PLAx)                                    Date  March 30, 2016

Title: Tito Darien Vasquez v. Pizzaz Y Mass, et al.

--------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ **U.S. DISTRICT JUDGE**
☒ **MAGISTRATE JUDGE**

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                        NONE


**PROCEEDINGS:          ( IN CHAMBERS)**

On March 25, 2016, plaintiff, through counsel, filed a Complaint in this matter alleging violations of the Americans with Disabilities Act ("ADA"). (Docket No. 1).  The Complaint was accompanied by an Application to Proceed In Forma Pauperis ("IFP").  (Docket No. 2).  In the Application, plaintiff declared under penalty of perjury that the only income he received during the last twelve months was from social security disability benefits. (Id.).  Based on the information in the Application, the Court granted the Application, allowing plaintiff to proceed IFP.

It has since come to the Court's attention that plaintiff has filed at least twenty ADA lawsuits in 2016, and in all of these cases he requested to proceed IFP.  (See Order Denying Plaintiff's Motion to Set Aside Dismissal, Case No. CV 16-390-CJC (KESx), Docket No. 12).  Plaintiff settled a number of those actions, one of which resulted in his receipt of $1,000 (see Case No. CV 16-390-CJC, Docket No. 11 at p. 2, where plaintiff admits settling Case No. 16-126-JLS (JCGx) for $1,000), and three of which were dismissed after settlement but without the settlement proceeds being disclosed.  (Id., at p. 5).  Despite being on notice from various other actions that he needed to disclose all of this settlement income when completing IFP applications (see Case No. 16-390-CJC (KESx), Docket No. 12), no settlement income was included by plaintiff in the IFP Application he presented in this action.

Accordingly, **no later than April 7, 2016**, plaintiff is ordered to show cause why his IFP status in this action should not be revoked for his omission of income, and the action dismissed unless he pays the full filing fee.

cc:     Counsel of Record


                                                                            Initials of Deputy Clerk      ch